IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 15-mj-1092 |
| | ) | |
| JOSHUA McKISSICK | ) | |

**O R D E R**

By Order entered September 24, 2015, (Docket Entry ["DE"] No. 11), the Court granted defendant's motion to continue the detention hearing beyond the five-day statutory limitation, 18 U.S.C. § 3142(f)(2), inasmuch as counsel needed further time to arrange for witnesses to appear at a hearing. The preliminary hearing was also continued. A continuance of both hearings was granted by order entered September 24, 2015 (DE 11).

Counsel has now filed another motion to continue (DE 15), and a waiver of any speedy trial rights signed by the defendant (DE 16). The motion is GRANTED without opposition from the Government.

It is hereby ORDERED that the preliminary and detention hearings are CONTINUED to **3:00 p.m., Thursday, November 19, 2015**, in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville. Pending this hearing the defendant shall be held in custody by the United States Marshal and produced for the hearing.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge